

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WILLIAM D. ABRAHAM, | § | No. 08-22-00079-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 243rd Judicial District Court |
| RON ACTON, DEBBIE ACTON, AARK INVESTMENTS, L.P., FEDERICO | § | of El Paso County, Texas |
| FERNANDEZ and CAROL FERNANDEZ, | § | (TC# 2016DCV2081) |
| Appellees. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment as it relates to the exemplary damages awards to the Fernandezes and the Actons. We therefore reverse only those awards and render a final judgment that: (1) removes the exemplary damages awards in the amount of $30,000 to Appellees Federico and Carol Fernandez, and in the amount of $60,000 to Appellees Ron and Debbie Acton; and (2) we affirm the trial court's judgment in all other respects.

We further order that Appellees recover from Appellant for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. *See* TEX. R.

APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF AUGUST, 2023.


LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.
Rodriguez, C.J., dissenting